UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Bosa Development US Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Bosa Properties, Inc. and Does 1 through 10,<br><br>　　　　　　　Defendant. | CASE NO. 22-457 MJP<br><br>ORDER EXTENDING DEADLINES |

### ORDER

This matter comes before the Court upon the stipulation of the parties for an order extending the deadline for the Defendant to respond to the Complaint. The Court being fully advised in the premises, hereby GRANTS the stipulated extension of the deadline for the Defendant to answer or otherwise respond to the Complaint to August 8, 2022.

The Court further ORDERS the deadlines for Fed. R. Civ. P. 26(a) initial disclosures, Fed. R. Civ. P. 26(f) discovery conference; and the Joint Status Report shall be continued as follows:

- Fed. R. Civ. P. 26(f) conference due by August 18, 2022

- Fed. R. Civ. P. 26(a) initial disclosures due by August 18, 2022

- Joint Status Report due by August 25, 2022.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 14, 2022.

Marsha J. Pechman
United States Senior District Judge