UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOSA DEVELOPMENT US CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BOSA PROPERTIES (USA-Seattle), INC. and DOES 1 through 10, | CASE NO. 2:22-cv-00457<br><br>ORDER GRANTING THE PARTIES STIPULATED MOTION TO EXTEND DEADLINE |

This matter comes before the Court on the Parties' stipulated Motion to Extend the Deadline for the Defendant to file an answer. (Dkt. No. 27.) The Court has reviewed the Motion and is otherwise fully advised. There Court therefore GRANTS the Motion to Extend. Defendant now has until August 22, 2022 to answer or otherwise respond to the Complaint.

It is ORDERED that the deadlines for Fed. R. Civ. P. 26(a) initial disclosures, Fed. R. Civ. P. 26(f) discovery conference; and the Joint Status Report are continued as follows:

- Fed. R. Civ. P. 26(f) conference due by September 2, 2022
- Fed. R. Civ. P. 26(a) initial disclosures due by September 2, 2022

- Joint Status Report due by September 16, 2022

The clerk is ordered to provide copies of this order to all counsel.

Dated August 9, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge