UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Bosa Development US Corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>Bosa Properties (USA-Seattle), Inc. and DOES 1 through 10,<br><br>                Defendant. | CASE NO. 22-457<br><br>ORDER GRANTING THE PARTIES STIPULATED MOTION TO EXTEND DEADLINE |

This matter is before the Court on the Parties' fourth stipulated Motion to Extend the Deadline for the Defendant to file an answer. (Dkt. No. 29.) The Court having reviewed the motion and being otherwise fully advised, GRANTS the Motion to Extend. This is the Parties' last extension that the Court will grant. Defendant now has until September 15, 2022, to file an answer or otherwise respond to the Complaint.

It is ORDERED that the deadlines for Fed. R. Civ. P. 26(a) initial disclosures, Fed. R. Civ. P. 26(f) discovery conference; and the Joint Status Report are continued as follows:

- Fed. R. Civ. P. 26(f) conference due by September 27, 2022

- Fed. R. Civ. P. 26(a) initial disclosures due by October 4, 2022
- Joint Status Report due by October 11, 2022

The clerk is ordered to provide copies of this order to all counsel.

Dated August 25, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING THE PARTIES STIPULATED MOTION TO EXTEND DEADLINE - 2