UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Bosa Development US Corporation,<br><br>     Plaintiff,<br><br> v.<br><br>Bosa Properties (USA-Seattle), Inc. and DOES 1 through 10,<br><br>     Defendant. | CASE NO. 22-457 MJP<br><br>ORDER GRANTING EXTENSION TO FILE ANSWER |

This matter comes before the Court on the stipulation of the Parties for an order extending the deadline for the Defendant to repond to the Complaint. The Court has read the Motion and is otherwise fully advised. The Court GRANTS the extension.

IT IS HEREBY ORDERED that the deadline otherwise applicable to the Defendant for answering or otherwise responding to the Complaint is extended to September 29, 2022. This will be the final order for extension.

//

//

ORDER GRANTING EXTENSION TO FILE ANSWER - 1

1

2   The clerk is ordered to provide copies of this order to all counsel.

3   Dated September 19, 2022.

4

5                                                  Marsha J. Pechman
                                                   United States Senior District Judge

ORDER GRANTING EXTENSION TO FILE ANSWER - 2